UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAYIDEN HUSSEIN MOHAMED,

              Plaintiff,

v.

OFFICER HILT 6199,

              Defendant.

CASE NO. C16-0126-JLR-MAT

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e);

    (3)    **This dismissal shall count as a STRIKE under 28 U.S.C. § 1915(g); and**

    (4)    The Clerk is directed to send copies of this Order to plaintiff and Judge Theiler.

DATED this 25th day of March, 2016.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1